1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   Charles C. McKenna, Esq., SBN 167169
3  Peter M. Watson, Esq., SBN 258784
4  4665 MacArthur Court, Suite 280
   Newport Beach, CA 92660
5  Tel: (949) 477-5050; Fax: (949) 477-9200
6  cmckenna@wrightlegal.net; pwatson@wrightlegal.net

7  Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.

8

9  **UNITED STATES DISTRICT COURT**

10  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11  VICKI D. SCOTT                       ) Case No.:  3:13-cv-03085-EDL
                                         )
12              Plaintiff,               ) **REQUEST TO APPEAR BY**
13                                       ) **TELEPHONE AT HEARING ON**
        vs.                              ) **MOTION TO DISMISS FAC AND**
14                                       ) **CASE MANAGEMENT**
    SAXON MORTGAGE SERVICES,             ) **CONFERENCE**
15  INC. and DOES 1 to 10, inclusive,    )
16                                       ) Date:     October 8, 2013
                Defendants.              ) Time:     9:00 a.m. and 10:00 a.m.
17                                       ) Ctrm:     E – 15th Floor
18

19       **TO THIS COURT AND TO ALL PARTIES AND THEIR ATTORNEYS**
20  **OF RECORD, IF ANY:**

21       PLEASE TAKE NOTICE THAT counsel for Defendant SAXON MORTGAGE

22  SERVICES, INC. ("Defendant") hereby requests permission to appear by telephone at

23  the hearing on the Motion to Dismiss Plaintiff's First Amended Complaint and the Case

24  Management Conference, both of which are scheduled to be heard on October 8, 2013 at

25  9:00 a.m. and 10:00 a.m., respectively.

26       This request is made on grounds that counsel for Defendant, Charles C.

27  McKenna, lives and works in Orange County, California.  In order to personally appear

28  for these hearings, Mr. McKenna would have to fly from Orange County to San

Francisco the day prior, book a hotel room in San Francisco, and then fly back to Orange County following the hearing.

A round-trip airline ticket is approximately $325.00 with taxes. The hotel room will cost approximately $200.00. Also, the additional attorney's fees Defendant will incur for Mr. McKenna's personal appearance at the hearing is estimated to be $1,000.00, which equals four (4) hours of travel at the hourly rate of $250.00. In order to spare the client these expenses, this request is hereby made.

WRIGHT, FINLAY & ZAK, LLP

Dated: October 1, 2013     By:     /s/Peter M. Watson, Esq.
Peter M. Watson, Esq.
Attorneys for Defendant SAXON MORTGAGE SERVICES, INC.

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On October \_1\_, 2013, I served the foregoing document described **REQUEST TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS FAC AND CASE MANAGEMENT CONFERENCE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Vicki D. Scott
5930 MacArthur Boulevard, #B
Oakland, CA 94605
T: 510-469-4301
*Plaintiff in Pro Per*

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[ ]  (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October \_1\_, 2013, at Newport Beach, California.

_Debbi Bosman_
Debbi Bosman