IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKI D. SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>SAXON MORTGAGE SERVICES, INC.,<br><br>    Defendants.<br>_____/ | No. 13-03085 EDL<br><br>**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY** |

On October 1, 2013, Defendants' counsel filed a request to appear telephonically at the motion hearing and initial case management conference set for October 8, 2013 at 9:00 a.m. and 10:00 a.m. respectively. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.

Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-2066 to provide the Court with a direct dial number to call on for this appearance.

Dated: October 2, 2013

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

VICKI D. SCOTT,

        Plaintiff,

v.

SAXON MORTGAGE SERVICES, INC. et al,

        Defendant.

Case Number: CV13-03085 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vicki D. Scott
5930 MacArthur Boulevard, #B
Oakland, CA 94605

Dated: October 2, 2013

                            Richard W. Wieking, Clerk
                            By: Lisa Clark, Deputy Clerk